UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVIEN WILSON,

    Plaintiff,

    v.

EAGLETON SCHOOL, INC.,

    Defendant.

Civil Action No. 3:23-cv-30072-MGM

MEMORANDUM AND ORDER REGARDING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
(Dkt. No. 5)
August 5, 2024

MASTROIANNI, U.S.D.J.

    Based on the information contained in Plaintiff's sealed affidavit (Dkt. No. 14) and memorandum supporting his request for an award of damages (Dkt. No. 18), the court ALLOWS Plaintiffs' Motion for Default Judgement (Dkt. No. 5). Plaintiff has described egregious conduct by adults employed by Defendant and entrusted to the care of a vulnerable children, as well as the severe impact those actions continue to have on him decades later. Defendant's default in this matter has further magnified those harms by frustrating Plaintiff's efforts to hold Defendant fully accountable for the injuries he suffered as a child. For these reasons, the court finds $5,000,000 to be a fair measure of the damages suffered by Plaintiff.

    The Clerk is ordered to enter a judgment for Plaintiffs in the amount of $5,000,000. This case may now be closed.

    It is So Ordered.

                                                  /s/ Mark G. Mastroianni
                                                  MARK G. MASTROIANNI
                                                  United States District Judge