# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Davien Wilson ) | |
|     Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 3:23-30072-MGM |
| ) | |
| Eagleton School, Inc. ) | |
| ) | |
|     Defendant ) | |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered pursuant to the court's Order DO#20, Memorandum and Order issued on 8/5/2024.

    **ROBERT M. FARRELL**,
    CLERK OF COURT

Dated: August 5, 2024,     By /s/ *Tamara Figueroa*
    Tamara Figueroa
    Deputy Clerk